# IN THE SUPREME COURT OF THE STATE OF NEVADA

KARL WILLIAM SCHENKER,
                  Appellant,
vs.
THE STATE OF NEVADA IN
RELATION TO NEVADA
DEPARTMENT OF CORRECTIONS;
JAMES DZURENDA; AND RENEE
BAKER, WARDEN,
                  Respondents.

No. 71303

**FILED**

OCT 19 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Steve L. Dobrescu, District Judge
       Karl William Schenker
       Attorney General/Carson City
       Attorney General/Ely
       White Pine County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-32733